UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV 13-4086-AJW                                         Date:   July 16, 2013

Title:  LA. PRINTEX INDUSTRIES, INC. VS. JJ HAN CORPORATION, ET AL.

PRESENT:  HONORABLE ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

Y. Benavides
Courtroom Deputy                                         Court Reporter/CourtSmart

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                            NO APPEARANCE

PROCEEDINGS:     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff(s) is ordered to show cause in writing no later than  July 30, 2013, why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

.

- Answer by the defendant(s) or plaintiff's request for entry of default.

.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90                                                      Initials of Deputy Clerk  yb
CIVIL -- GEN