JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>JJ HAN CORPORATION, a California Corporation, individually and doing business as "CLOSET"; and DOES 1-10,<br><br>        Defendants. | CASE NO. CV 13-04086 MMM (JCGx)<br><br>JUDGMENT FOR PLAINTIFF |

On June 23, 2014, the court entered an order granting plaintiff L.A. Printex Industries, Inc.'s ("L.A. Printex's") motion for default judgment against defendant JJ Han Corporation, doing business as Closet ("JJ Han"). The court dismissed defendant LAROPA because L.A. Printex failed to serve it. Consequently,

IT IS ORDERED AND ADJUDGED

1.     That L.A. Printex's claims against LAROPA be dismissed without prejudice;

2.     That L.A. Printex recover $15,000 in statutory damages from JJ Han;

3.     That L.A. Printex recover $1,500 in attorneys' fees from JJ Han;

4.     That L.A. Printex recover post-judgment interest on these amounts pursuant to 28

1    U.S.C. § 1961(a) at the rate of 0.10%; and

2    5.    That the action be, and it hereby is, dismissed.

3

4    DATED: June 23, 2014

      MARGARET M. MORROW
5     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2